**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 24-6511**

—————————

ASHANTI RHAN HENRY,

        Petitioner - Appellant,

      v.

R. BROWN,

        Respondent - Appellee.

—————————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:24-cv-00028-JPB-JPM)

—————————

Submitted:  November 19, 2024                Decided:  November 22, 2024

—————————

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Ashanti Rhan Henry, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ashanti Rhan Henry, a federal prisoner, appeals the district court's order granting Respondent's motion for summary judgment and denying relief on Henry's 28 U.S.C. § 2241 petition. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Henry v. Brown*, No. 5:24-cv-00028-JPB-JPM (N.D. W. Va. May 2, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*